23 So.2d 886

**Dalton POWERS v. STATE.**

8 Div. 493.

Court of Appeals of Alabama.
Nov. 13, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

23 So.2d 148

**Ernest PROVENS v. STATE.**

8 Div. 465.

Court of Appeals of Alabama.
May 22, 1945.

H. T. Foster, of Scottsboro, for appellant.

Wm. N. McQueen, Acting Atty. Gen., for the State.

CARR, Judge.

Affirmed.

24 So.2d 925

**Curtis PRUITT v. STATE.**

6 Div. 214.

Court of Appeals of Alabama.
Feb. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

26 So.2d 925

**Shirley QUIMBY v. STATE.**

6 Div. 284.

Court of Appeals of Alabama.
April 23, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

25 So.2d 857

**R. C. RAE and John Pryor v. STATE.**

4 Div. 927.

Court of Appeals of Alabama.
April 2, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.

Affirmed.

23 So.2d 886

**Ernest RAPER v. STATE.**

8 Div. 491.

Court of Appeals of Alabama.
Nov. 6, 1945.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.